WAITT INVESTING COMPANY, INC., a Corporation, etc., Plaintiff, v. RALPH S. ROBBINS, Defendant.— Submission dismissed, without costs, on the authority of *Marshall* v. *Hayward* (67 App. Div. 137) and *Denver Tramway Co.* v. *Bankers Trust Co.* (180 id. 433). Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGE N. CHERRINGTON, Suing on Behalf of Himself and Other Tenants, etc., Appellant, v. GARDENS APARTMENT, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LIONEL HAGENAERS and Another, Partners, etc., Respondents, v. LUCAS CABALLERO and Another, Defendants, and JULIO C. CABALLERO, Appellant, Individually and as Surviving Partners, etc.— Order modified so as to permit the denials contained in the 2d and 7th paragraphs of the answer to remain as denials in all the affirmative defenses. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of JEREMIAH J. COUGHLAN, an Attorney.— Upon the petition and answer and accompanying affidavits, proceeding dismissed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of HETTY H. R. GREEN, Deceased.— Motion to resettle order, and leave to respondents to appeal to the Court of Appeals, granted. Order reversing specific questions of fact inconsistent with the opinion and containing new findings substituted therefor, and also containing questions to be certified, to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ. [See 192 App. Div. 30.]

CLEMENTINE FARR DUFF and AMERICAN SECURITY AND TRUST COMPANY, as Executors of and Trustees under the Last Will and Testament of JOHN J. DUFF, Deceased, Respondents, v. WILLIAM FOX and Others, Appellants, Impleaded with MARY J. C. RODENKIRCHEN and Others, Respondents.— Judgment affirmed, with costs, on the opinion of Lehman, J., at Special Term. [Reported in *Duff* v. *Rodenkirchen*, 110 Misc. Rep. 575.] Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LOUIS BLACK v. NEW YORK RAILWAYS COMPANY, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

CHARLES CATANZARO v. NEW YORK RAILWAYS COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.